In the Matter of the ATTORNEY-GENERAL *v.* THE ATLANTIC
MUTUAL LIFE INSURANCE COMPANY.

(Argued June 5, 1883; decided June 12, 1883.)

*William Barnes* for appellant.

*Nathaniel C. Moak* for respondent.

*John C. Keeler* for Attorney-General.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THOMAS S. HENRY, as Receiver, etc., Respondent, *v.* SAMUEL H.
RANDALL et al., Appellants.

Same Respondent *v.* GEORGE H. RANDALL, Impleaded, etc.,
Appellant.

(Argued June 5, 1883; decided June 12, 1883.)

*Samuel H. Randall* for appellants.

*Edward P. Wilder* for respondent.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.